DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
DANLEY, AMANDA LYNN | Case No. 09-03906-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $36.13, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| DANLEY, AMANDA LYNN | 1107 W 5TH APT B8 KENNEWICK, WA 99336 | $36.13 |

Dated: March 02, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt- 4875837        3-11-11        $ 36.13